UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNIVERSITY OF CINCINNATI CHAPTER OF
YOUNG AMERICANS FOR LIBERTY, *et al.*,

    Plaintiffs

v.

UNIVERSITY OF CINCINNATI, *et al.*,

    Defendants.

Case No. 1:12-cv-155

Judge Timothy S. Black

## ORDER

This civil case is before the Court on Defendant Brittany Sisko's Motion to Vacate the Calendar Order (Doc. 50) and the Plaintiffs' responsive memorandum (Doc. 52). For good cause shown, the Motion is **GRANTED in PART**. The Calendar Order (Doc. 12) is **VACATED**; however, the parties shall file reply memoranda to the pending motions for summary judgment and/or partial summary judgment (Docs. 43 & 44) by May 23, 2012; and the Court hereby sets **Oral Argument (only) on all pending motions on May 30, 2012 at 10:30 a.m.** (one hour per side; and 15 minutes for Defendant Sisko). The parties shall focus their oral argument on, *inter alia*: (1) Defendants' mootness arguments; (2) Plaintiffs' facial challenges to the constitutionality of Defendants' "Old Policies"; (3) Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. 47) and whether any such amendment would be futile; and (4) Defendant Sisko's claims of qualified immunity.

The Court will establish a new Calendar Order, after ruling, by June 15, 2012, on some or all of the pending motions, including Plaintiffs' Motion for Leave to File the Second Amended Complaint (Doc. 47).

**IT IS SO ORDERED.**

Date: May 18, 2012

                                            _____
                                            Timothy S. Black
                                            United States District Judge