UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF CINCINNATI CHAPTER OF YOUNG AMERICANS FOR LIBERTY, *et al.*, | Case No. 1:12-cv-155 Judge Timothy S. Black |
| Plaintiffs | |
| v. | |
| GREGORY WILLIAMS, *et al.,* | |
| Defendants. | |

**ORDER**

All parties shall meet and confer within 10 days of the date of this Order and jointly propose to the Court a new Calendar Order.  The parties shall submit their proposed Calendar Order via email to black_chambers@ohsd.uscourts.gov.

**IT IS SO ORDERED**.

Date: June 12, 2012

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge