UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNIVERSITY OF CINCINNATI CHAPTER OF
YOUNG AMERICANS FOR LIBERTY, *et al.*,                    Case No. 1:12-cv-155

      Plaintiffs                                                          Judge Timothy S. Black

v.

GREGORY WILLIAMS, *et al.*,

      Defendants.

## ORDER

On June 12, 2012, the Court issued an order granting Plaintiffs' Motion for a
Preliminary Injunction. (*See* Doc. 65). Fed. R. Civ. P. 65(c) requires that a preliminary
injunction issue "only if the movant gives security in an amount that the court considers
proper to pay the costs and damages sustained by any party found to have been
wrongfully enjoined or restrained." The Sixth Circuit, however, has left the decision of
whether require security within the sound discretion of the district court. *Moltan Co. v.
Ealge-Picher Indus., Inc.*, 55 F.3d 1171, 1176 (6th Cir. 1995) ("While we recognize that
the language of Rule 65(c) appears to be mandatory, and that many circuits have so
interpreted it, the rule in our circuit has long been that the district court possesses
discretion on whether to require the posting of security."). Waiver of the bond
requirement is particularly appropriate when plaintiff alleges the infringement of a
fundamental constitutional right. *See Complete Angler LLC v. City of Clearwater, Fla.*,
607 F. Supp. 2d 1326, 1335 (M.D. Fla. 2009); *Doctor John's, Inc. v. City of Sioux City,
Iowa*, 305 F. Supp. 2d 1022, 1043-44 (N.D. Iowa 2004). Because Plaintiffs allege a
violation of a First Amendment right, the Court concludes that no bond is appropriate in
this case.

      **IT IS SO ORDERED**.

Date: 6/27/12

                                        Timothy S. Black
                                        United States District Judge