UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNIVERSITY OF CINCINNATI                      Case No. 1:12-cv-155
CHAPTER OF YOUNG AMERICANS
FOR LIBERTY, *et al*.,

       Plaintiffs,                                   Judge Timothy S. Black

v.

GREGORY WILLIAMS, *et al.*,

       Defendants.

**FINAL JUDGMENT OF PERMANENT INJUNCTION**

Defendants are hereby **ENJOINED** from:

(A)    Requiring prior notification for the solicitation by students of signatures of petitions;

(B)    Prohibiting all solicitation by students of signatures of petitions in any designated public forum, including the Free Speech Area, the outdoor spaces described in the MainStreet Event Guide, and campus sidewalks;

(C)    Requiring that <u>all</u> student "demonstrations, picketing, or rallies" occur only in the Free Speech Area and/or McMicken Commons and Northwest McMicken Commons;

(D)    Requiring five to 15 days prior notification for any and <u>all</u> student "demonstrations, picketing, or rallies" – without differentiations.

(E)    Imposing or enforcing any policy restricting student speech in any designated public forum, including the Free Speech Area, the outdoor spaces described in the MainStreet Event Guide, and campus sidewalks that is not individually and narrowly tailored to serve a compelling University interest.

**IT IS SO ORDERED**.

Date:  8/22/12                    _s/ Timothy S. Black_
                                         Timothy S. Black
                                         United States District Judge