IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNIVERSITY OF CINCINNATI CHAPTER OF YOUNG AMERICANS FOR LIBERTY, et al. | : : : | Case No. 1:12-cv-155 |
| | : | Judge Timothy S. Black |
| Plaintiffs | : : | |
| v. | : : | |
| UNIVERSITY OF CINCINNATI, et al. | : : | |
| Defendants | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41, all remaining parties through their respective counsel make this joint stipulation to dismiss with prejudice all claims Plaintiffs have brought in this action against the Defendants Williams, Shemack, Krumpelbeck, Cureton and Sisko in their official capacities. With this Stipulation Of Dismissal, no claims brought in this action remain pending, and, as such, this action is terminated provided that any of the parties may, upon good cause shown, within sixty (60) days, reopen the action if settlement is not consummated.

The remaining parties also agree that this Court shall retain jurisdiction over the settlement contract for purposes of its enforcement.

Respectfully submitted,

*/s/ Maurice A. Thompson per email 10/1/12*
MAURICE A. THOMPSON (78548)
RYAN D. WALTERS       (76724)
1851 Center for Constitutional Law
208 E. State Street
Columbus, OH 43215
rwalters@ohioconstitution.org
mthompson@ohioconstitution.org

*Trial Attorneys for Plaintiffs*

MICHAEL DEWINE (0009181)
Ohio Attorney General

*/s/ Brian E. Hurley*
BRIAN E. HURLEY       (0007827)
ROBERT J. GEHRING    (0019329)
Crabbe, Brown & James
30 Garfield Place, Suite 740
Cincinnati, OH  45202
Telephone:  (513) 784-1525
Facsimile:  (513) 784-1250
Email:  bhurley@cbjlawyers.com
Email:  rgehring@cbjlawyers.com
*Trial Attorneys for Defendants Gregory H. Williams, Corinn Shemak, Cathy Krumpelbeck, Michael Cureton, and Brittany Sisko in her "official" capacity only*

*/s/ Curt C. Hartman per email 10/1/12*
CURT C. HARTMAN        (64242)
The Law Firm of Curt C. Hartman
3749 Fox Point Court
Amelia, OH 45102
hartmanlawfirm@fuse.net

*Co-Counsel for Plaintiffs*